# IN THE SUPREME COURT OF THE STATE OF NEVADA

BONNIE TAYLOR; AND LAURA
MARQUARDT,
Petitioners,
vs.
THE HONORABLE STEVE SISOLAK,
GOVERNOR OF NEVADA,
Respondent.

No. 83599

**FILED**

OCT 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original, pro se petition for a writ of mandamus seeks to compel Governor Steve Sisolak to perform his duties faithfully under the Federal and Nevada Constitutions with regard to mask and vaccine mandates—including rescinding prior COVID-19 orders and ceasing any enforcement of those orders.

Having considered the mandamus petition and the arguments set forth therein, we conclude that any application for such relief should be made to the district court in the first instance so that the factual and legal issues may be fully developed, giving appellate courts an adequate record to review. *See Round Hill Gen. Imp. Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981) (recognizing that an appellate court is not the appropriate forum to resolve questions of fact and determining that when there are factual issues presented, the appellate courts will not exercise their discretion to entertain a petition for extraordinary relief even if "important public interests are involved"); *State v. County of Douglas*, 90 Nev. 272, 276-77, 524 P.2d 1271, 1274 (1974) (noting that this court "prefers that such an application [for writ relief] be addressed to the discretion of the appropriate district court" in the first instance), *abrogated on other*

21-30482

*grounds by Attorney Gen. v. Gypsum Res.*, 129 Nev. 23, 33-34, 294 P.3d 404, 410-11 (2013). Accordingly, we deny the petition.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Bonnie Taylor
  Laura Marquardt
  Attorney General/Carson City